

**TDI** | Texas Department of Insurance

PO Box 149104 | Austin, TX 78714 | 1-800-578-4677 | tdi.texas.gov

**FILED**

FEB 22 2021

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

February 8, 2021

Allison M. Lockhard
Macdonald Devin Ziegler Madden Kenefick Harris PC
1201 Elm Street, Ste. 3800
Dallas, TX 75270

Re: Cause No. 6:21-cv-00070; styled *Webber, LLC vs Mount Vernon Fire Insurance Company*; in the United States District Court for the Western District of Texas Waco Division

Dear Sir/Madam:

On January 27, 2021, the enclosed documents were received in the office of the Commissioner of Insurance for service of process. The documents received are being returned to your office for the reasons indicated below.

**Mount Vernon Fire Insurance Company's** mailing address must be indicated on the citation. Please refer to the Texas Administrative Code, Title 28, Chapter 7, Rule §7.1414.

For service of process information refer to Chapter 804 of the Texas Insurance Code.

Since payment for service has been received, another remittance not required.

If you have any questions or need additional information, please let me know.

Sincerely,

*Tish Wilhelm*

Tish Wilhelm
Program Specialist
(512) 676-6543

Enclosures

c: United States District Court, Western District

TEXAS DEPARTMENT OF INSURANCE
333 GUADALUPE ST | AUSTIN TX 78701
PO BOX 149104 | AUSTIN TX 78714-9104

MC 112-2A

**RETURN SERVICE REQUESTED**

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR PRIVATE USE

U.S. District Clerk's Office
800 Franklin Ave., Room 380
Waco, Texas 76701

43 AVE-NAB 76701